[No. 25603-1-III.   Division Three.   March 11, 2008.]

WEST ONE AUTOMOTIVE GROUP, INC., *Respondent*, v. MORRIS POLL ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-2-00812-9, Carrie L. Runge, J., entered August 25, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, J., and Stephens, J. Pro Tem.

[No. 25783-5-III.   Division Three.   March 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS PATRICK BUCKNELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 05-1-00657-0, Salvatore F. Cozza, J., entered December 18, 2006. *Reversed* and *remanded* by unpublished opinion per Stephens, J. Pro Tem., concurred in by Sweeney, C.J., and Kulik, J. Now published at 144 Wn. App. 524.

[No. 56083-2-I.   Division One.   March 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD ALLAN PETERSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06418-2, Theresa B. Doyle, J., entered March 22, 2005. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Appelwick, C.J., and Cox, J.

[Nos. 58329-8-I; 59565-2-I.   Division One.   March 17, 2008.]

MBNA AMERICA BANK, NA, *Respondent*, v. CLARENCE E. ORR, *Appellant*.

CHASE MANHATTAN, *Respondent*, v. CLARENCE ORR, *Appellant*.

Appeals from a judgment of the Superior Court for Whatcom County, No. 05-2-02549-9, Steven J. Mura, J., entered May 12, 2006. *Affirmed* by unpublished per curiam opinion.